FILED
JUL - 2 1987
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                      Plaintiff, )<br>                            )<br>              v.              )<br>Yolanda Anderson    )<br>                            )<br>                    Defendant.) | ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A. (✓) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. (✓) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

///
///
///

CR94 (5/86)

-1-

ENTERED ON COURTRAN
JUL 7 1987

B.  On motion ( ) (by the Government)/( ) (by the Court <u>sua sponte</u> involving)

    1.  ( ) serious risk defendant will flee;

    2.  ( ) serious risk defendant will

        a.  ( ) obstruct or attempt to obstruct justice;

        b.  ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonably assure:

A.  (✓) appearance of defendant as required;

and/or

B.  (✓) safety of any person or the community;

III.

The Court has considered:

A.  (✓) the nature and circumstances of the offense;

B.  (✓) the weight of evidence against the defendant;

C.  (✓) the history and characteristics of the defendant;

D.  (✓) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A.  ( ) Defendant poses a risk to the safety of other persons or the community because: _____

_____

_____

CR-94

 B.  ( ) History and characteristics indicate a serious risk that defendant will flee because: _____

 C.  ( ) A serious risk exists that defendant will:
   1. ( ) obstruct or attempt to obstruct justice;
   2. ( ) threaten, injure or intimidate a witness/juror;
   3. ( ) attempt to threaten, injure or intimidate a witness/juror;
   Because: _____

 D.  (✓) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e).

IT IS ORDERED defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or persons held pending appeal.

///
///
///

CR-94                                   -3-

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: 7-2-87

_____
U. S. MAGISTRATE/~~DISTRICT JUDGE~~